1 | ARTURO J. GONZÁLEZ (BAR NO. 121490)
2 | ERIN M. BOSMAN (BAR NO. 204987)
  | WILLIAM F. TARANTINO (BAR NO. 215343)
  | ALEXANDRIA A. AMEZCUA (BAR NO. 247507)
3 | MORRISON & FOERSTER LLP
  | 425 Market Street
4 | San Francisco, CA 94105
  | Telephone: 415-268-7000
5 | Facsimile: 415.268.7522

6 | Attorneys for Defendant(s)
  | IOVATE HEALTH SCIENCES, INC.; IOVATE HEALTH
7 | SCIENCES U.S.A., INC.; MUSCLETECH RESEARCH AND
  | DEVELOPMENT, INC.; VITAMIN SHOPPE INDUSTRIES,
8 | INC.; and GENERAL NUTRITION CENTERS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO M. JIMENEZ, an individual; and CHRISTOPHER LOPEZ, an individual; on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>IOVATE HEALTH SCIENCES, INC., IOVATE HEALTH SCIENCES USA, INC., MUSCLETECH RESEARCH AND DEVELOPMENT, INC.; VITAMIN SHOPPE INDUSTRIES, INC., GENERAL NUTRITION CENTERS, INC., and DOES 1 through 50, inclusive<br><br>Defendants. | Case No. 09-CV-01473-JAM-KJM<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>**Judge: Hon. John A. Mendez**<br>**Magistrate: Hon. Kimberly J. Mueller** |

sf-2704220

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com

Pursuant to Civil Local Rules 6-144 and 83-143 of this Court, Plaintiffs ALEJANDRO M. JIMENEZ and CHRISTOPHER LOPEZ, on behalf of themselves and all others similarly situated and the general public, and defendants IOVATE HEALTH SCIENCES, INC.; IOVATE HEALTH SCIENCES U.S.A., INC.; MUSCLETECH RESEARCH AND DEVELOPMENT, INC.; VITAMIN SHOPPE INDUSTRIES, INC.; and GENERAL NUTRITION CENTERS, INC. (collectively "Defendants") hereby submit the following Stipulation to Extend Time to Respond to Complaint ("Stipulation"):[1]

1. Defendants require additional time to assess Messrs. Jimenez and Lopez's claims. Within the past 30 days, Defendants have been sued in related matters in purported class actions in more than 10 different states, and only last week, plaintiffs in class actions filed in the Southern District of California moved for transfer to a single district court in San Diego, pursuant to 28 U.S.C. § 1407. Defendants have been very busy locating counsel for these various matters. Defendants require additional time to review the claims with counsel and to respond to each of the several allegations, including those that require significant investigation within Defendants' respective organizations.

2. In light of Defendants' need for additional time, and in accordance with Local Rule 6-144 of this Court, the parties request that the Court order that Defendants shall have until August 3, 2009, to answer or otherwise respond to the complaint in the present action.

---

[1] Defendants appear for purposes of this Stipulation only, and expressly reserve their right to contest service and this Court's jurisdiction.

PDF created with pdfFactory trial version www.pdffactory.com

Dated: June 25, 2009

ARTURO J. GONZÁLEZ
ERIN M. BOSMAN
WILLIAM F. TARANTINO
ALEXANDRIA A. AMEZCUA
MORRISON & FOERSTER LLP

By: /s/ Alexandria A. Amezcua
ALEXANDRIA A. AMEZCUA

Attorneys for Defendant(s)
IOVATE HEALTH SCIENCES, INC.;
IOVATE HEALTH SCIENCES
U.S.A., INC.; MUSCLETECH
RESEARCH AND DEVELOPMENT,
INC.; VITAMIN SHOPPE
INDUSTRIES, INC.; and GENERAL
NUTRITION CENTERS, INC.

Dated: June 25, 2009

JAMES M. LINDSAY
GENE J. STONEBARGER
RICHARD D. LAMBERT
LINSDAY & STONEBARGER

BY: /s/ Gene J. Stonebarger
(as authorized on June 24, 2009)
GENE J. STONEBARGER

Attorneys for Plaintiffs
ALEJANDRO M. JIMENEZ and
CHRISTOPHER LOPEZ, and all others
similarly situated and the general public

**IT IS SO ORDERED.**

Dated: June 25, 2009        /s/ John A. Mendez
The Honorable John A. Mendez

2

sf-2704220
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com