ARTURO J. GONZÁLEZ (BAR NO. 121490)
ERIN M. BOSMAN (BAR NO. 204987)
WILLIAM F. TARANTINO (BAR NO. 215343)
ALEXANDRIA A. AMEZCUA (BAR NO. 247507)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: 415-268-7000
Facsimile: 415.268.7522

Attorneys for Defendant(s)
IOVATE HEALTH SCIENCES INC.; IOVATE HEALTH SCIENCES U.S.A., INC.; MUSCLETECH RESEARCH AND DEVELOPMENT INC.; VITAMIN SHOPPE INDUSTRIES, INC.; and GENERAL NUTRITION CENTERS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO M. JIMENEZ, an individual; and CHRISTOPHER LOPEZ, an individual; on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>IOVATE HEALTH SCIENCES, INC., IOVATE HEALTH SCIENCES USA, INC., MUSCLETECH RESEARCH AND DEVELOPMENT, INC.; VITAMIN SHOPPE INDUSTRIES, INC., GENERAL NUTRITION CENTERS, INC., and DOES 1 through 50, inclusive<br><br>Defendants. | Case No. 09-CV-01473-JAM-KJM<br><br>**STIPULATION AND ORDER TO STAY PROCEEDINGS PENDING MDL CONSIDERATION**<br><br>**Judge: Hon. John A. Mendez**<br>**Magistrate: Hon. Kimberly J. Mueller** |

1

sf-2704220

STIPULATION AND ORDER TO STAY PROCEEDINGS

PDF created with pdfFactory trial version www.pdffactory.com

Pursuant to Civil Local Rule 83-143 of this Court, Plaintiffs ALEJANDRO M. JIMENEZ, an individual; and CHRISTOPHER LOPEZ, an individual; on behalf of themselves and all others similarly situated, and defendants IOVATE HEALTH SCIENCES INC.; IOVATE HEALTH SCIENCES U.S.A., INC.; MUSCLETECH RESEARCH AND DEVELOPMENT INC.; VITAMIN SHOPPE INDUSTRIES, INC.; and GENERAL NUTRITION CENTERS, INC. (collectively "Defendants") hereby submit the following Stipulation to Stay Proceedings ("Stipulation") pending a ruling on an MDL application filed by other plaintiffs:[1]

1. This case is one of at least 17 putative class actions (the "Actions") pending in 12 different federal district courts throughout the country against Defendants regarding the marketing and sale of certain of Defendants' Hydroxycut-branded products. Four individual actions are also currently pending in federal court, challenging the marketing and sale of Hydroxycut-branded products.

2. On June 26, 2009, plaintiffs in *Coleman, et al. v. Iovate Health Sciences, U.S.A., Inc., et al.*, Case No. 3:09-cv-00988-BTM-AJB, pending in the Southern District of California before Judge Barry T. Moskowitz, filed with the Judicial Panel on Multidistrict Litigation ("the Panel") a motion for transfer and consolidation of the Actions to the District Court for the Southern District of California pursuant to 28 U.S.C. § 1407. (A true and correct copy of the Panel's Notice of Filing and Publication of Briefing Schedule is attached as Exhibit 1.) Defendants' response to plaintiffs' motion for transfer was filed July 16, 2009. The parties have requested oral argument and await a hearing date from the Panel.

3. All the Actions, including this one, have just commenced, and there has been little or no activity in the cases. In the present action of *Jimenez, et al. v. Iovate Health Sciences, Inc., et al.*, no activity has commenced.

4. The need for a stay is immediate. Absent a stay, the Court and the parties face imminent deadlines for responsive pleadings, pretrial and other case management orders,

---

[1] Defendants appear for purposes of this Stipulation only, and expressly reserve their right to contest service and this Court's jurisdiction.

PDF created with pdfFactory trial version www.pdffactory.com

1  exchange of initial disclosures, and commencement of discovery in this case, as well as in each of
2  the pending cases. The first deadline in this case will be Defendants' responsive pleading, which
3  is due August 3, 2009. The parties' case management conference will likely come soon
4  thereafter. It would not be a prudent use of this Court's resources to prepare for and participate in
5  a case management conference while a ruling on an MDL application concerning this case is still
6  pending.

7      5.    So as to conserve judicial resources, protect from potential prejudice to the
8  parties, and avoid the risk of conflicting rulings, and pursuant to Civil Local Rule 83-143 of
9  this Court, the parties respectfully request that the Court order a stay of the current
10 proceedings until the MDL jurisdictional issue is determined.

Dated: July 29, 2009

ARTURO J. GONZÁLEZ
ERIN M. BOSMAN
WILLIAM F. TARANTINO
ALEXANDRIA A. AMEZCUA
MORRISON & FOERSTER LLP

By: /s/ Alexandria A. Amezcua
    ALEXANDRIA A. AMEZCUA
    Attorneys for Defendant(s)
    IOVATE HEALTH SCIENCES, INC.;
    IOVATE HEALTH SCIENCES
    U.S.A., INC.; MUSCLETECH
    RESEARCH AND DEVELOPMENT,
    INC.; VITAMIN SHOPPE
    INDUSTRIES, INC.; and GENERAL
    NUTRITION CENTERS, INC.

Dated: July 29, 2009

JAMES M. LINDSAY
GENE J. STONEBARGER
RICHARD D. LAMBERT
LINSDAY & STONEBARGER

BY: /s/ Gene J. Stonebarger
    GENE J. STONEBARGER
    (as authorized on July 27, 2009)
    Attorneys for Plaintiffs
    ALEJANDRO M. JIMENEZ and
    CHRISTOPHER LOPEZ, and all others
    similarly situated and the general public

**IT IS SO ORDERED.**

**Dated:** 7/29/2009      /s/ John A. Mendez
    **The Honorable John A. Mendez**

3

sf-2704220
STIPULATION AND ORDER TO STAY PROCEEDINGS

PDF created with pdfFactory trial version www.pdffactory.com

## Certificate of Service

I hereby certify that on July 29, 2009, I served the foregoing:

**STIPULATION AND ORDER TO STAY PROCEEDINGS PENDING MDL CONSIDERATION**

with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following:

**Gene J. Stonebarger**
LINDSAY & STONEBARGER
620 Coolidge Drive, Suite 225
Folsom, CA  95630

/s/Alexandria A. Amezcua
Alexandria A. Amezcua
California Bar No. 247507
Attorney for Defendants
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA   94105
Telephone:  (415) 268-6557
Fax:  (415) 268-7522
Email:  aamezcua@mofo.com

4

sf-2704220

CERTIFICATE OF SERVICE

PDF created with pdfFactory trial version www.pdffactory.com